1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant WADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 06-00345 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE AND EXCLUSION OF TIME |
| ) | |
| CHRISTOPHER WADE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, previously scheduled for Thursday, September 28, 2006, at 2:00 p.m. in San Francisco, California, before Honorable Judge Martin Jenkins, may be continued to Friday, November 3, 2006, at 2:30 p.m., in Oakland, California, for status. The reason for the continuance is that there is a large amount of discovery which defense counsel needs to continue reviewing and then conduct investigation. In addition, the parties are investigating the possibility of a global resolution involving conduct by Mr. Wade in other jurisdictions. The parties therefore stipulate that the time from September 28, 2006, to November 3, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity

STIP. CONTINUING
STATUS DATE                          - 1 -

of counsel and adequate preparation of counsel.

DATED: Oct. 23, 2006 _____
JOYCE LEAVITT  /S/
Assistant Federal Public Defender

DATED: Oct. 24, 2006 _____
H. H. KEWALRAMANI  /S/
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, September 28, 2006, at 2:00 p.m., in San Francisco, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, November 3, 2006, at 2:30 p.m., in Oakland, California, for status.

IT IS FURTHER ORDERED that the time from September 28, 2006, to November 3, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1024/2006 _____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
STATUS DATE                                - 2 -