1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant WADE
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 06-00345 MJJ
12              Plaintiff,          )
                                    )  STIPULATION AND [PROPOSED]
13      v.                          )  ORDER CONTINUING CHANGE OF
                                    )  PLEA DATE AND EXCLUSION OF
14                                  )  TIME
                                    )
15 CHRISTOPHER WADE,                )
                                    )
16              Defendant.          )

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
18
   plea date in this case, currently scheduled for Friday, February 2, 2007, before Honorable Judge
19
   Martin Jenkins, may be continued to Thursday, February 15, 2007, at 2:00 p.m., in San Francisco,
20
21 California, for change of plea. The reason for the continuance is that defense counsel needs

22 additional time to review the discovery with Mr. Wade and discuss the terms of the plea agreement

23 with the government. The parties are investigating the possibility of a global resolution involving
24
   conduct by Mr. Wade in other jurisdictions. The parties therefore stipulate that the time from
25
   February 2, 2007, to February 15, 2007, should be excluded in accordance with the provisions of
26

STIP. CONTINUING
STATUS DATE                         - 1 -

1  the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

2  DATED:   January 30, 2007   _____

3                                        JOYCE LEAVITT   /S/
                                      Assistant Federal Public Defender

4  DATED:   January 30, 2007   _____

5                                        H. H. KEWALRAMANI   /S/
                                      Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, February 2, 2007, at 2:30 p.m., in Oakland, California, shall be continued to Thursday, February 22, 2007, at 2:00 p.m., in San Francisco, California, for change of plea.

IT IS FURTHER ORDERED that the time from February 2, 2007, to February 22, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   01/31/07   _____
                                 MARTIN J. JENKINS
                                 District Judge