1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant WADE

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,            )
12                                      )  No. CR 06-00345 MJJ
               Plaintiff,               )
13                                      )  STIPULATION AND [~~PROPOSED~~]
        v.                              )  ORDER CONTINUING CHANGE OF
14                                      )  PLEA DATE AND EXCLUSION OF
                                        )  TIME
15                                      )
   CHRIS JOSEPH WADE,                   )
16                                      )
               Defendant.               )
17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

19 plea date in this case, currently scheduled for Thursday, February 22, 2007, before Honorable

20 Judge Martin Jenkins, in San Francisco, California, may be continued to Friday, March 16, 2007,

21 at 2:30 p.m., in Oakland, California, for change of plea. The reason for the continuance is that

22 defense counsel is still working on a global resolution involving conduct by Mr. Wade in other

23 jurisdictions. The parties therefore stipulate that the time from February 22, 2007, to March 16,

24 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

25
26

STIP. CONTINUING
STATUS DATE                            - 1 -

3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 2/15/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 2/15/07

/S/
_____
H. H. KEWALRAMANI
Assistant United States Attorney

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Thursday, February 22, 2007, before Honorable Judge Martin Jenkins, in San Francisco, California, may be continued to Friday, March 16, 2007, at 2:30 p.m., in Oakland, California.

IT IS FURTHER ORDERED that the time from February 22, 2007, to March 16, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   02/16/07

_____
MARTIN J. JENKINS
District Judge

STIP. CONTINUING
STATUS  DATE

- 2 -