| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant WADE |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 06-00345 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| CHRISTOPHER WADE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, March 16, 2007, before Honorable Judge Martin Jenkins, may be continued to Friday, March 30, at 2:30 p.m., in Oakland, California, for change of plea. The reason for the continuance is that the parties have agreed that a global resolution involving other jurisdictions is appropriate. Defense counsel is still working with other jurisdictions to ensure that the matters all be resolved with the federal matter but additional time is neccessary. The parties therefore stipulate that the time from March 16, 2007, to March 30, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

STIP. CONTINUING
STATUS DATE               - 1 -

3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: March 8, 2007

_____
JOYCE LEAVITT     /S/
Assistant Federal Public Defender

DATED: March 8, 2007

_____
H. H. KEWALRAMANI     /S/
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, March 16, 2007 at 2:30 p.m. shall be continued to Friday, March 30, 2007 at 2:30 p.m., in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from March 16, 2007 to March 30, 2007 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 3/13/07

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
STATUS DATE                - 2 -