1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant WADE
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                        )   No. CR 06-00345 MJJ
12              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
13       v.                             )   ORDER CONTINUING CHANGE OF
                                        )   PLEA DATE AND EXCLUSION OF
14                                      )   TIME
                                        )
15 CHRISTOPHER WADE,                    )
                                        )
16              Defendant.              )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

18 plea date in this case, previously scheduled for March 30, at 2:30 p.m., in Oakland, California, may
19
   be continued to May 11, 2007, for change of plea. The reason for the continuance is that defense
20
   counsel is still working with other jurisdictions to ensure that all related matters be resolved so that a
21
22 global resolution can be reached. The parties anticipate that the outstanding issues will be resolved

23 so that the change of plea can go forward at the next court date. The parties therefore stipulate that

24 the time to May 11, 2007, should be excluded in accordance with the provisions of the Speedy Trial
25
   Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.
26

STIP. CONTINUING
STATUS  DATE                            - 1 -

DATED: April 18, 2007

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: April 18, 2007

/S/
_____
H. H. KEWALRAMANI
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case shall be continued to Friday, May 11, 2007 at 2:30 p.m., in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time to May 11, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that a global resolution in this matter can be reached. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 4/20/2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
STATUS DATE                        - 2 -